Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JUL 15 PM 4:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FAXED

By ___ DEPUTY

J.C.

Michael Doyle, John C. Shieh, Janice Bannigan, Sid Loyola, ON BEHALF OF THEMSELVES, THE GENERAL PUBLIC AND ALL OTHERS SIMILARLY SITUATED     VS

At&t Services, Inc. (formerly SBC Services, Inc.) and Does 1-10

SUMMONS IN A CIVIL ACTION

Case No.  '08 CV 1275 JAH WMc



TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Schonbrun DeSimone Seplow Harris & Hoffman, LLP
723 Ocean Front Walk
Venice, CA 90291

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.              JUL 1 5 2008
CLERK                                DATE

By _____ LLOYD, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)