| | |
|---|---|
| *Attorney or Party without Attorney:*<br>V. JAMES DESIMONE, Bar #119668<br>SCHONBRUN DESIMONE SEPLOW HARRIS, ET AL.<br>723 OCEAN FRONT WALK<br>VENICE, CA 90291<br>*Telephone No:* 310-396-0731<br><br>*Attorney for:* Plaintiff | *For Court Use Only*<br><br>*Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* MICHAEL DOYLE, ET AL.
*Defendant:* AT&T SERVICES, INC., ETC.

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV1275 JAH WMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET.

3. a. Party served:       AT&T SERVICES, INC. (FORMERLY SBC SERVICES, INC.)
   b. Person served:     MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT; SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:     818 WEST SEVENTH ST.
                                            2ND FLOOR
                                            LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 19, 2008 (2) at: 2:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AT&T SERVICES, INC. (FORMERLY SBC SERVICES, INC.)
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                                  d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**                              e. I am: (3) registered California process server
      1511 W. BEVERLY BLVD.                                              (i) Independent Contractor
      LOS ANGELES, CA 90071                                              (ii) Registration No.:     5141
   c. 213-250-1111                                                       (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date:Wed, Aug. 20, 2008

   *Judicial Council Form POS-010*                 PROOF OF SERVICE                (DOUG FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007          SUMMS IN CIV. ACTION                             4166294.jamdes.155848