J. AL LATHAM, JR. (SB# 71605)
DEBORAH S. WEISER (SB# 167132)
SHANE LOOMIS (SB# 247574)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Email: allatham@paulhastings.com
       deborahweiser@paulhastings.com
       shaneloomis@paulhastings.com

Attorneys for Defendants
AT&T SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOYLE, JOHN C. SHIEH, JANICE BANNIGAN, SID LOYOLA, on behalf of themselves, the general public and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC. (formerly SB C Services, Inc.) and DOES 1 through 10,<br><br>Defendants. | CASE NO. 08CV1275 JAH (WMc)<br><br>**DEFENDANT AT&T SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:   John A. Houston<br><br>Class Action Complaint Filed:<br>       July 15, 2008 |

LEGAL_US_W # 59916695.1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

TO THE CLERK OF THE COURT, PLAINTIFFS MICHAEL DOYLE, JOHN C. SHIEH, JANICE BANNIGAN, AND SID LOYOLA, AND PLAINTIFFS' ATTORNEYS OF RECORD:

The following disclosures are made pursuant to Federal Rules of Civil Procedure Rule 7.1:

Defendant AT&T Services, Inc. is owned by AT&T Inc. (83.08%), Ameritech Services, Inc. (10.5%), and AT&T Teleholdings, Inc. (6.43%). Ameritech Services, Inc. and AT&T Teleholdings, Inc. are wholly owned subsidiaries of AT&T Inc., which is a publicly held corporation.

DATED: September 8, 2008

J. AL LATHAM, JR.
DEBORAH S. WEISER
SHANE LOOMIS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:    /s/ Deborah S. Weiser
DEBORAH S. WEISER
Attorneys for Defendant
AT&T SERVICES, INC.