V. James DeSimone, SBN 119668
Michael D. Seplow, SBN 150183
Michael Morrison, SBN 205320
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
J.D. HENDERSON, SBN 235767
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOYLE, JOHN C. SHIEH, JANICE BANNIGAN, SID LOYOLA, on behalf of themselves, the general public and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>AT&T SERVICES, INC. (formerly SBC Services, Inc.) and DOES 1 through 10;<br><br>Defendants. | Case No. 08CV1275 JAH (WMc)<br><br>**STIPULATION TO ADVANCE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT FROM APRIL 5, 2010 TO MARCH 1, 2010**<br><br>UNDER SUBMISSION<br><br>Current Date of Final Approval Hearing: April 5, 2010<br>Current Time: 2:30 p.m.<br>Crtm: 11 |

## STIPULATION

1. The parties hereby stipulate:

2. **To advance the Hearing on the Motion for Final Approval of the Class Action Settlement from April 5, 2009 to March 1, 2009 and to file the Motion for Final Approval of the Class Action Settlement and all supporting papers on or before February 16, 2009.**

3. There is good cause for advancing the Final Approval Hearing in that:

4. The *Doyle et al. v. AT&T* case was filed on July 15, 2008. The parties have engaged in an extensive exchange of documentation and information prior to arriving at a good faith settlement of this case on July 23, 2009. The parties timely filed a Motion for Preliminary Approval of the Class Action Settlement on September 8, 2009. The Court granted the Motion for Preliminary Approval on October 2, 2009, and set a hearing date of April 5, 2010 for the Motion for Final Approval of the Class Action Settlement.

5. At the time of the filing of the Motion for Preliminary Approval, the parties anticipated a hearing date in early to mid-March of 2010. The parties believe that setting a hearing in early March 2010 will provide more than enough time to deal with any issues which may arise after the deadline for Class Members to submit claims and exclusion forms and for the Parties to prepare their final approval papers.

6. Counsel for Plaintiffs V. James DeSimone contacted the clerk for the Hon. John Houston and was informed that a hearing date of March 1, 2010 at 2:30 pm was available to conduct the hearing on Plaintiffs' Motion for Final Approval, provided the parties submitted their final approval papers by February 15, 2010 (which is a holiday). Plaintiffs counsel are confident that the Motion for Final Approval of the Class Action settlement can be filed by February 16, 2010 (the next available Court day after the February 15, 2010 holiday), which is two weeks

prior to the proposed March 1, 2010 hearing date.

Accordingly, good cause exists to advance the hearing to March 1, 2010 at 2:30 pm from its current date of April 5, 2010.

**IT IS SO STIPULATED**

DATED: October 13, 2009

SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP

LAW OFFICES OF THOMAS FALVEY

By: _____
V. James DeSimone
Michael D. Seplow
Michael Morrison

Attorneys for Plaintiffs MICHAEL DOYLE, JOHN C. SHIEH, JANICE BANNIGAN, and SID LOYOLA

DATED: October 13, 2009

PAUL HASTINGS JANOFSKY & WALKER LLP

By: _____
Deborah Weiser
Attorneys for Defendants
AT&T Services, Inc.

---

3.

STIPULATION TO ADVANCE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT FROM APRIL 6, 2010 TO MARCH 1, 2010